UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON W. ASHBY,
    Plaintiff,

v.

TOM BOSENKO, et al.,
    Defendants.

Case No. 20-cv-01531-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at the Shasta County Jail, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 5, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON W. ASHBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOM BOSENKO, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01531-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron W. Ashby ID: AC7386
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

Dated: March 5, 2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2