UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON W. ASHBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM BOSENKO, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0544 JAM DB P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims his rights were violated when he was directed to clean a cell without being provided adequate safety equipment.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On December 7, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 17.)  Plaintiff has not filed objections to the findings and recommendations.

　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2020, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: January 27, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE